## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**EXELON GENERATION COMPANY, LLC**                    **PLAINTIFF**

v.                            **No. 3:15-cv-82-DPM**

**CITY OF OSCEOLA ARKANSAS, a Municipal
Corporation**                                        **DEFENDANT**

### JUDGMENT

**1.** Exelon Generation Company, LLC's  complaint is dismissed with prejudice.

**2.** The City of Osceola's amended counterclaim is dismissed with prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_2 October 2015_